IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| PHILLIP DECOHEN, | * |
| Plaintiff, | * |
| v. | Case No. 1:10-cv-03157-WDQ |
| | * |
| CAPITAL ONE, N.A., *et al.*, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER APPROVING SUPPLEMENTAL NOTICE TO CERTAIN CLASS MEMBERS AND INCREASE TO THE SETTLEMENT FUND

After review and consideration of the Joint Motion to Provide Supplemental Notice to Certain Class Members and to Approve Increase in the Settlement Fund (the "Joint Motion") dated March 11, 2014, and upon joint application of Plaintiff, Phillip Decohen ("Representative Plaintiff") and Defendant, Capital One, N.A. ("Capital One"), with good cause appearing, it is this 13th day of March, 2014, by the U.S. District Court for the District of Maryland hereby

ORDERED, that the Joint Motion is GRANTED; and further

ORDERED, that within five days of the date of this Order, the Settlement Administrator shall cause a copy of the Notice in the form represented by D.E. #83-1 to be mailed, by first-class mail, addressed to the 15 co-buyers in the Class transactions discovered subsequent to this Court's February 25 Order approving supplemental notice to certain other Class members; and further,

ORDERED, that the parties' joint request to approve Capital One's deposit of an additional $12,400.00 into the Settlement Fund, for the benefit of Class members in 62

"Balance" subclass transactions which were previously erroneously classified as "No Balance" subclass transactions is hereby APPROVED; and further

ORDERED, that Capital One shall deposit an additional $12,400 into the Settlement Fund on or before April 4, 2014.

IT IS SO ORDERED

Dated: _____, 2014.

_____
Hon. William D. Quarles
Judge, U.S. District Court for the
District of Maryland